# Supreme Court of the United States
# Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 3, 2022

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

FILED BY ___JE___ D.C.

Oct 3, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re:  Michael Van Cleve
 v. Gina Raimondo, Secretary of Commerce, et al.
 No. 22-65
 (Your No. 21-13699)
   20-cv-23611-RNS

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk